■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOLAN EMMANUEL BARBER, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *People v Barber* (60 AD2d 747). (Appeal from order of Monroe County Court—payment of expenses.) Present—Marsh, P. J., Cardamone, Dillon and Witmer, JJ.